Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 18−34305−SLM  
Chapter: 7  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Anthony R Gonnella  
62 Maryann Road  
Oak Ridge, NJ 07438

Social Security No.:  
xxx−xx−0444

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/16/19 at 10:00 AM

to consider and act upon the following:

*31* − Motion for Relief from Stay re: 62 Mary Ann Road, Oak Ridge, NJ 07438. Fee Amount $ 181. Filed by Elizabeth K. Holdren on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee. Hearing scheduled for 9/10/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Holdren, Elizabeth)

Dated: 9/4/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court