UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ANTHONY R. GONNELLA

Case No.: 18-34305  
Chapter: 7  
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Chapter 7__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __October 8, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's interest in real property known as 62 Mary Ann Road Oak Ridge, NJ 07438.  
Market Value is $289,000.00

Liens on property: Subject to mortgages held by Mr. Cooper Mortgage on which there is due approximately $454,000.00.

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/John W. Sywilok  
Address: 51 Main Street, Hackensack, NJ 07601  
Telephone No.: (201) 487-9390

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-34305-SLM
Anthony R Gonnella                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 03, 2019
                              Form ID: pdf905          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db             +Anthony R Gonnella,    62 Maryann Road,    Oak Ridge, NJ 07438-8820
517916259      +American Collections Systems Inc,    PO Box 29117,    Columbus, OH 43229-0117
517916260       Associates In Pulmonary Medicine,    26 Fireman's Mem Dr,    STE 115,   Pomona, NY 10970-3569
517916261      +Bureau of Account Contr,    PO Box 538,   Howell, NJ 07731-0538
517916262      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517916263       Dr. Nancy Roistacher,    c/o Porfessional Claims Bureau,    PO Box 9060,
                 Hicksville, NY 11802-9060
517916264       Dr. Sandhu,   c/o PROFESSIONAL CLAIMS BUREAU, INC.,     PO BOX 9060,   Hicksville, NY 11802-9060
517916265      +Emergency Physicians of Saint Clare LLC,    PO Box 51028,    Newark, NJ 07101-5128
518037428       MCM 2018-NPL2,    NewRez LLC DBA Shellpoint Mortgage Servi,    PO Box 10826,
                 Greenville SC 29603-0826
517916269      +MSK PHYSICIANS,    1275 York Avenue,    New York, NY 10065-6007
517916270       MSKCC PATIENT ACCCT,    PO BOX 21700,    New York, NY 10087-1700
517916267       Memorial Hospital,    General Post Office,    PO Box 26174,    New York, NY 10087-6174
517916268      +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
517916271       Physician Billing Department,    Memorial Sloan Kettering Cancer Ctr.,    PO Box 26352,
                 New York, NY 10087-6352
517916274      +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517916273      +Shapiro & DeNardo, LLC,    14000 Commerce Parkaway,    Suite B,   Mount Laurel, NJ 08054-2242
517916275       Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 00:27:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 00:26:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517916266       E-mail/Text: cio.bncmail@irs.gov Sep 04 2019 00:26:23     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517916272      +E-mail/Text: bankruptcy@savit.com Sep 04 2019 00:27:49     Savit Collection Agency,
                 P.O. Box 250,    E. Brunswick, NJ 08816-0250
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its
               individual capacity but solely as Certificate Trustee eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Joan Sirkis Warren    on behalf of Debtor Anthony R Gonnella joan@joanlaverylaw.com
              John  Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6