**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony R Gonnella | Social Security number or ITIN   xxx−xx−0444 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18−34305−SLM | |

# Order of Discharge                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony R Gonnella

10/25/19                                   **By the court:**   Stacey L. Meisel
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-34305-SLM
Anthony R Gonnella                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2019
                              Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
```
db            +Anthony R Gonnella,    62 Maryann Road,    Oak Ridge, NJ 07438-8820
517916259     +American Collections Systems Inc,    PO Box 29117,    Columbus, OH 43229-0117
517916260      Associates In Pulmonary Medicine,    26 Fireman's Mem Dr,    STE 115,    Pomona, NY 10970-3569
517916261     +Bureau of Account Contr,    PO Box 538,    Howell, NJ 07731-0538
517916263      Dr. Nancy Roistacher,    c/o Porfessional Claims Bureau,    PO Box 9060,
               Hicksville, NY 11802-9060
517916264      Dr. Sandhu,    c/o PROFESSIONAL CLAIMS BUREAU, INC.,    PO BOX 9060,    Hicksville, NY 11802-9060
517916265     +Emergency Physicians of Saint Clare LLC,    PO Box 51028,    Newark, NJ 07101-5128
518037428      MCM 2018-NPL2,    NewRez LLC DBA Shellpoint Mortgage Servi,    PO Box 10826,
               Greenville SC 29603-0826
517916269     +MSK PHYSICIANS,    1275 York Avenue,    New York, NY 10065-6007
517916270      MSKCC PATIENT ACCCT,    PO BOX 21700,    New York, NY 10087-1700
517916267      Memorial Hospital,    General Post Office,    PO Box 26174,    New York, NY 10087-6174
517916268     +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
517916271      Physician Billing Department,    Memorial Sloan Kettering Cancer Ctr.,    PO Box 26352,
               New York, NY 10087-6352
517916274     +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517916273     +Shapiro & DeNardo, LLC,    14000 Commerce Parkaway,    Suite B,    Mount Laurel, NJ 08054-2242
517916275      Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:10     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517916262     +EDI: CHASE.COM Oct 26 2019 04:38:00       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517916266      EDI: IRS.COM Oct 26 2019 04:38:00       Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
517916272     +E-mail/Text: bankruptcy@savit.com Oct 26 2019 01:20:16      Savit Collection Agency,
               P.O. Box 250,    E. Brunswick, NJ 08816-0250
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its
               individual capacity but solely as Certificate Trustee eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Joan Sirkis Warren    on behalf of Debtor Anthony R Gonnella joan@joanlaverylaw.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```